Case 9:10-cr-80084-WPD   Document 44 (Court only)   Entered on FLSD Docket 09/15/2014
Page 1 of 2

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 105611

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:10-80084-CR-DIMITROULEAS   (West Palm Beach Div)
(M-15-1748-M)

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Ricardo Dominguez Gutierrez

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, United States District
Judge, Fort Lauderdale, Florida

Date of Original Sentence: December 16, 2010

Original Offense:   Aggravated illegal reentry, 18 U.S.C. § 1326(a) and (b)(2), a Class C felony.

Original Sentence:   Fifty-seven months custody of the Bureau of Prisons, three years supervised release,
and $100.00 special assessment fee. Special condition: The defendant shall be
surrendered to the custody of U.S. Immigration and Customs Enforcement for
removal proceedings, and if removed, shall not reenter the United States without the
prior written permission of the Undersecretary for Border and Transportation
Security.

Type of Supervision: Supervised Release        Date Supervision Commenced: April 2, 2014

Assistant U.S. Attorney:                       Defense Attorney:
Emalyn H. Webber                               Neison M. Marks, AFPD
500 Australian Avenue                          One East Broward Boulevard
Suite 400                                      Suite 1100
West Palm Beach, FL 33401                      Fort Lauderdale, FL 33301
561-820-8711                                   954-356-7436

## PETITIONING THE COURT

[X]   To issue a warrant
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of
supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from a violation of the law. On or about August 31, 2014, in Hidalgo County, Texas, the defendant did commit Illegal reentry, contrary to 8 U.S.C. § 1326. |

Case 9:10-cr-80084-WPD   Document 44 (Court only)   Entered on FLSD Docket 09/15/2014
Page 2 of 2

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 105611

2.

**Violation of Special Condition**, by reentering the United States without
the written permission of the Secretary for Border and Transportation
Security.  If the defendant reenters the United States within the term of
supervised release, he is to report to the nearest U.S. Probation Officer.
On or about August 31, 2014, the defendant reentered the United States
without the written permission of the Secretary for Border and
Transportation Security as evidenced by his arrest in the Southern District
of Texas.

U.S. Probation Officer Recommendation:

The term of supervision should be
[X]   revoked.
[]    extended for _ years, for a total term of _ years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 9, 2014___

Yamilee Sanchez
Sep 10 2014 8:21 AM

Yamilee Sanchez
U.S. Probation Officer
Office Phone: 305-259-1309
Cellular: 786-269-3475

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant   No bond
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

September 12, 2014
Date